# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| V. § | **CRIMINAL NO. 4:21-cr-559** |
| § | |
| **JOHN CASTELLANO** § | |

### GOVERNMENT'S OFFER OF TRIAL EXHIBITS
### PURSUANT TO LOCAL RULE CrLR 55.2

TO THE HONORABLE JUDGE HOYT:

COMES NOW the United States of America, by and through Alamdar Hamdani, United States Attorney in and for the Southern District of Texas, and Lisa M. Collins, Assistant United States Attorney, and files this offer of trial exhibits pursuant to local rule CrLR 55.2.

I.

CrLR 55.2 provides in pertinent part:

**Authentication of Exhibits.** A party requiring authentication of an exhibit must notify the offering party in writing within 7 days after the exhibit is listed and made available. Failure to object in advance of trial in writing concedes authenticity.

**Objections to Exhibits.** Objections to admissibility of exhibits must be made at least 7 days before trial by notifying the Court in writing of the disputes, with copies of the disputed exhibit and authority.

II.

The Government intends to introduce, among other things, the exhibits listed in the attached Government's Exhibit List.

1

III.

The exhibits have been made available via either the United States Attorney's Office file exchange system as of November 25, 2024, in hard copies, or through email.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the defendant comply with CrLR 55.2.

>Respectfully submitted,
>
>ALAMDAR HAMDANI
>United States Attorney
>
>
> /s/ Lisa M. Collins
>Lisa M. Collins
>Assistant United States Attorney
>1000 Louisiana
>Suite 2300
>Houston, Texas 77002
>713-567-9700

## CERTIFICATE OF SERVICE

On November 25, 2024 the Government served a copy of its Offer of Trial Exhibits Pursuant to CLR 55.2 by ECF upon defense counsel.

>/s/ Lisa M. Collins
>Lisa M. Collins
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | Criminal No. 4:21-cr-00559 |
| | § | |
| | § | **EWING WERLEIN** |
| | § | **JUDGE** |
| vs. | § | |
| | § | _____ |
| | § | COURTROOM CLERK |
| | § | |
| | § | _____ |
| | § | COURT REPORTER |
| JOHN CASTELLANO | § | |

**GOVERNMENT'S EXHIBIT LIST**

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1 | Map of Texas Tactical Gear | Yes/No | Yes/No | | |
| 2 | 4473 from Texas Tactical Gear | Yes/No | Yes/No | | |
| 3 | Receipt from Texas Tactical Gear | Yes/No | Yes/No | | |
| 4 | Still Shot of Video from Texas Tactical Gear | Yes/No | Yes/No | | |
| 5 | Map of Athen Gun Club | Yes/No | Yes/No | | |
| 6 | Still shot at Athena Gun Club | Yes/No | Yes/No | | |
| 7 | Patrol Recording of Castellano and Melber | Yes/No | Yes/No | | |
| 8 | Video from Texas Tactical Gear | Yes/No | Yes/No | | |
| 9 | Barret 50 Caliber Firearm #1 | Yes/No | Yes/No | | |
| 10 | Barret 50 Caliber Firearm #2 | Yes/No | Yes/No | | |
| 11 | 50 Caliber Ammunition | Yes/No | Yes/No | | |
| 12 | Photo of Ammunition in Vehicle | Yes/No | Yes/No | | |
| 13 | Photo of Firearms in Vehicle | Yes/No | Yes/No | | |
| 14 | Photo of Vehicle | Yes/No | Yes/No | | |
| 15 | Castellano Cellphone Download | Yes/No | Yes/No | | |
| 16 | Zuniga Cellphone Download | Yes/No | Yes/No | | |

| 17 | Video of Whatsapp Messages between Castellano and Zuniga | Yes/No | Yes/No | | |
|---|---|---|---|---|---|
| 18 | Stipulation of the Parties | Yes/No | Yes/No | | |
| 19 | Physical Cellphone of John Castellano | Yes/No | Yes/No | | |
| 20 | Physical Cellphone of Jacinto Zuniga | Yes/No | Yes/No | | |
| 21 | | Yes/No | Yes/No | | |
| 22 | | Yes/No | Yes/No | | |
| 23 | | Yes/No | Yes/No | | |
| 24 | | Yes/No | Yes/No | | |
| 25 | | Yes/No | Yes/No | | |
| 26 | | Yes/No | Yes/No | | |
| 27 | | Yes/No | Yes/No | | |