# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                      Case Number: 4:21−cr−00559

John Castellano

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to John Castellano as set forth below.**

**Before the Honorable Peter Bray**

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/27/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment

Date: January 20, 2025                                            Nathan Ochsner, Clerk