UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    Plaintiff,<br><br>v.<br><br>**JOHN CASTELLANO,**<br><br>                    Defendant. | Case No. 4:21-CR-559<br><br><u>EWING WERLEIN</u><br>**JUDGE**<br><br>**<u>MOTION TO SUPPRESS HEARING</u>**<br><br>_____<br>**COURTROOM CLERK**<br><br>_____<br>**COURTROOM REPORTER** |

# GOVERNMENT'S MOTION TO SUPPRESS EXHIBIT LIST

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1. | Melber Judgement and Sentence for Felony Conviction | Yes/No | Yes/No | | |
| 2. | ATF Form 4473 Castellano Texas Tactical Gear 12/16/2019 | Yes/No | Yes/No | | |
| 3. | HPD Christopher Cutshall BWC | Yes/No | Yes/No | | |
| 4. | Recorded Interview with Jacinto Zuniga | Yes/No | Yes/No | | |
| 5. | Recorded Interview with John Castellano | Yes/No | Yes/No | | |
| 6. | Photograph #1 Barrett .50 Caliber Rifle (Overall) SN: AA009124 | Yes/No | Yes/No | | |
| 7. | Photograph #2 Barrett .50 Caliber Rifle (SN) SN: AA009124 | Yes/No | Yes/No | | |
| 8. | Photograph #1 Barrett .50 Caliber Rifle (Overall) SN: AA009181 | Yes/No | Yes/No | | |
| 9. | Photograph #2 Barrett .50 Caliber Rifle (SN) SN: AA009181 | Yes/No | Yes/No | | |
| 10. | Physical Cellphone of Castellano | Yes/No | Yes/No | | |
| 11. | Photograph of Castellano Cellphone | Yes/No | Yes/No | | |
| 12. | Castellano Cellphone SW affidavit | Yes/No | Yes/No | | |

| | | | | | |
|---|---|---|---|---|---|
| 13. | Castellano Cellphone SW | Yes/No | Yes/No | | |
| 14. | Video of WhatsApp Messages between Castellano and Zuniga (1 of 2) <br> DSC 0027 | Yes/No | Yes/No | | |
| 15. | Video of WhatsApp Messages between Castellano and Zuniga (2 of 2) <br> DSC 0028 | Yes/No | Yes/No | | |